# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*         **SEARCH WARRANT**

Case Number: 11-818M (NJ)

A Priority Mail parcel measuring approximately 14 inch by 14 inch by 14 ½ inch, mailed on January 24, 2011, insurance number 1307 1910 0001 6120 6046. This parcel bears a handwritten label addressed to Juan Casarez 41 6th St. Fond du Lac, WI 54935 and bears the return address of Victor Cazares 7709 Ovalle St. Weslaco, TX 78596. The parcel weighs approximately 5 lbs. 11 oz. and bears $41.55 in postage.

**TO:** Any authorized officer of the United States:

Affidavit having been made before me by United States Postal Inspector Mark D. Spellman, of the Milwaukee, Wisconsin, Field Office, who has reason to believe that on the property known as:

A Priority Mail parcel measuring approximately 14 inch by 14 inch by 14 ½ inch, mailed on January 24, 2011, insurance number 1307 1910 0001 6120 6046. This parcel bears a handwritten label addressed to Juan Casarez 41 6th St. Fond du Lac, WI 54935 and bears the return address of Victor Cazares 7709 Ovalle St. Weslaco, TX 78596. The parcel weighs approximately 5 lbs. 11 oz. and bears $41.55 in postage,

in the Eastern District of Wisconsin there is now concealed certain property, namely: **Evidence of using the mail to facilitate the possession and/or distribution of a controlled substance, in violation of Title 21, United States Code, Section 843(b). Please see attached affidavit.**

I am satisfied that the affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __Feb 11__, 2011
                                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to *Nancy Joseph, U.S. Magistrate Judge* as required by law.

January 28th, 2011; 3:00 (a.m.) (p.m.)         at Milwaukee, Wisconsin
Date and time issued                                                City and State

THE HONORABLE NANCY JOSEPH
United States Magistrate Judge
Name & Title of Judicial Officer                                          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| Date Warrant received<br>1/28/11 | Date and time Warrant executed<br>1/28/11 3:50 pm | Copy of warrant and receipt for items left with<br>WITH PARCEL |
| Inventory made in the presence of<br>JAMES MURPHY | | |
| Inventory of person or property taken pursuant to the Warrant<br>APPROX 1 lb OF A GREEN LEAFY SUBSTANCE WHICH TESTED POSITIVELY FOR THE PRESENCE OF THC | | |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  2/3/11
U.S. Judge or Magistrate Judge        Date